# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER HAMM,** : | |
|     Plaintiff : | |
| : | No. 1:15-cv-778 |
| v. : | |
| : | (Judge Kane) |
| **CAROLYN W. COLVIN,** : | (Magistrate Judge Cohn) |
| **Acting Commissioner of Social Security,** : | |
|     Defendant : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS**:

On September 30, 2016, Magistrate Judge Cohn issued his Report and Recommendation in the above-captioned action. (Doc. No. 18.) Objections to the Report and Recommendation were due by October 17, 2016. On October 12, 2016, Defendant filed a Limited Objection to the Report and Recommendation, for the sole purpose of clarifying that the heading "Report and Recommendation to Vacate the Decision of the Commissioner and Remand for Further Proceedings" was a typographical error, in light of the fact that the substance of Magistrate Judge Cohn's Report and Recommendation recommends affirming the Commissioner's decision that the ALJ's denial of Plaintiff's application for benefits was supported by substantial evidence. (Doc. No. 19.) Plaintiff filed no timely objections to the Report and Recommendation.

Accordingly, on this 24th day of October 2016, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 18) of Magistrate Judge Cohn, except the heading indicating an intent "To Vacate the Decision of the Commissioner and Remand for Further Proceedings";

2. Plaintiff's appeal is **DENIED**, as the Commissioner's decision that the ALJ's denial of benefits was supported by substantial evidence is **AFFIRMED**;  and

3.      The Clerk of Court is directed to close the case.

                                                    s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania